EUGENE WELCH v. STATE OF FLORIDA

6 So. (2nd) 268          Division A
February 10, 1942

R. J. Duff, for appellant.

J. Tom Watson, Attorney General, Joseph E. Gillen, Assistant Attorney General, and Woodrow M. Melvin, Special Assistant Attorney General, for appellee.

PER CURIAM:

The transcript of the record has been examined and we find no reversible error.

Under substantial legal evidence submitted upon full and fair instruction by the Court, the jury found the accused guilty of the larceny of an automobile.

The Court considered and overruled motion for new trial.

Judgment is affirmed.

So ordered.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, JJ., concur.